# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| (1)   PHARMACY COPORATION OF AMERICA,<br><br>**Petitioner,**<br><br>v.<br><br>(1)   PHARMACY CARE USA OF WESLACO, LLC,<br><br>**Respondent.** | Case No. <u>CIV-23-971-SLP</u> |

## PETITION TO CONFIRM ARBITRATION AWARD

Petitioner, Pharmacy Corporation of America ("PharMerica"), for its Petition to Confirm Arbitration Award against Pharmacy Care USA of Weslaco, LLC ("Pharmcare") states as follows:

### I. INTRODUCTION

1. PharMerica hereby applies for confirmation of an arbitration award made August 11, 2023, in an arbitration proceeding between PharMerica and Pharmcare (the "Award").

2. A true and correct copy of the Award is attached hereto as <u>Exhibit 1</u>.

3. The arbitrator, Forvis, LLP, by and through its Partner, H. Bryan Callahan, CPA/CFF, CVA, CFE, made the Award of One Million, Four Hundred Seventy-Four Thousand, Two Hundred Eighty-Two Thousand Dollars and Sixty-six Cents ($1,474,282.66) "due PharMerica from Pharmcare."

4. PharMerica seeks an order from this Court under the Federal Arbitration Act, 9 U.S.C. § 9, confirming the Award and entry of judgment thereon pursuant to 9 U.S.C. § 13.

## II. PARTIES

5. PharMerica is California corporation with its principal place of business at Louisville, Kentucky.

6. Pharmcare is a Texas limited liability company with its principal place of business at Hydro, Oklahoma.

7. Pharmcare has one member, Kent Abbott, who is a citizen of Oklahoma.

## III. JURISDICTION AND VENUE

8. This Court has subject matter jurisdiction over this action pursuant to 28 U.S.C. § 1332(a)(1).

9. This is a civil action between citizens of different states. PharMerica is a citizen of California and Kentucky. Pharmcare is a citizen of Oklahoma by virtue of the Oklahoma citizenship of its sole member, Kent Abbott.

10. The amount in controversy exceeds $75,000, exclusive of interest and costs.

11. This Court has personal jurisdiction over Pharmcare because Pharmcare has minimum contacts with Oklahoma such that subjecting it to suit in Oklahoma does not offend traditional notions of fair play and substantial justice. In particular, Pharmcare has its principal place of business in Hydro, Oklahoma, and purposefully availed itself of the privilege of conducting activities within Oklahoma, thus invoking the benefits and protections of its laws, including, but not limited to the transactions underlying and giving rise to the Award.

12. Venue is proper in this judicial district pursuant to 28 U.S.C. § 1391(b) and *Cortez Byrd Chips, Inc. v. Bill Harbert Const. Co.*, 529 U.S. 193, 195, 120 S. Ct. 1331, 1334, 146 L. Ed. 2d 171 (2000).

## IV. DOCUMENTS FILED PER 9 U.S.C. § 13

13. A true and correct copy of the Award is attached hereto as <u>Exhibit 1</u>. The Award itself is set forth at Page 28 of <u>Exhibit 1</u>.

14. Attached hereto as <u>Exhibit 2</u> is a true and correct copy of the September 30, 2016, Transition Services Agreement containing the parties' original agreement in Section 3.10(b) to arbitrate any controversy or claim arising out of or relating to it or any related agreement or any of the transactions contemplated therein.

15. Attached hereto as <u>Exhibit 3</u> is a true and correct copy of the April 8, 2021, agreement between the parties amending and restating the arbitration agreement in Section 3.10(b) the Transition Services Agreement, appointing Forvis (f/k/a "BKD") as "the Arbitrator," and establishing procedures and terms for the arbitration.

16. Attached hereto as <u>Exhibit 4</u> is a true and correct copy of the April 15, 2021, agreement between the parties and Forvis (f/k/a "BKD") by and through its Partner, H. Bryan Callahan, CPA/CFF, CVA, CFE in Indianapolis, Indiana, confirming the parties' engagement of Forvis as Arbitrator and of Mr. Callahan as "the lead service provider for this engagement."

## V. COUNT ONE
### (Confirm Arbitration Award under the Federal Arbitration Act)

17. PharMerica repeats and realleges paragraphs 1 through 16 hereof, as if fully set forth within.

18. The Federal Arbitration Act ("FAA") is applicable to all "commerce among the several States." 9 U.S.C. § 1, 2. The FAA governs the dispute between the parties here both pursuant to their express agreement in <u>Exhibit C</u>, their April 8, 2021, agreement, and because they

are organized and located in different states, and were operating from different states with regard to the obligations, transactions, and payments giving rise to their arbitrated dispute.

19. The Award has not been vacated under 9 U.S.C. § 10, or modified or corrected under 9 U.S.C. § 11, no grounds exist for modification, correction, or vacatur of the Award.

20. Pursuant to 9 U.S.C. § 9, PharMerica brings this application within one year after the Award was made on August 11, 2023.

21. The FAA states, in relevant part:

If the parties in their agreement have agreed that a judgment of the court shall be entered upon the award made pursuant to the arbitration, and shall specify the court, then at any time within one year after the award is made any party to the arbitration may apply to the court so specified for an order confirming the award, and thereupon the court must grant such an order unless the award is vacated, modified, or corrected as prescribed in sections 10 and 11 of this title. If no court is specified in the agreement of the parties, then such application may be made to the United States court in and for the district within which such award was made.

9 U.S.C. § 9. The parties agreed April 8, 2021, agreement that, "Judgment on the award may be entered in any court having jurisdiction."

22. All requirements for confirmation of the Award have been met. Accordingly, pursuant to 9 U.S.C. § 9, PharMerica applies and moves for confirmation of the Award and a judgment in conformity with the Award.

**WHEREFORE**, PharMerica respectfully requests that this Court:

A. Issue an order pursuant to 9 U.S.C. § 9 confirming Award;

B. Enter judgment thereon for PharMerica and against Pharmcare pursuant to 9 U.S.C. § 13; and

C. Grant PharMerica such other and further relief as this Court deems just and proper.

/s/ Anthony J. Jorgenson
Anthony J. Jorgenson, OBA #17047
JORGENSON PLLC
101 Park Ave., Suite 1300
Oklahoma City, OK  73102
Telephone:  (405) 812-1431
Facsimile:  (405) 553-2855
Email: anthony@jorgensonPLLC.com

and

/s/ Benjamin C. Fultz
Benjamin C. Fultz
FULTZ MADDOX DICKENS PLC
101 S. Fifth Street, 27th Floor
Louisville, Kentucky  40202-3116
Phone:  (502) 588-2000
Facsimile: (502) 588-2020
bfultz@fmdlegal.com
[To be admitted *pro hac vice*]

*Counsel for Petitioner,*
*Pharmacy Corporation of America*