# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| PHARMACY CORPORATION OF AMERICA, <br><br> Petitioner, <br><br> v. <br><br> PHARMACY CARE USA OF WESLACO LLC, <br><br> Respondent. | ) ) ) ) ) ) ) ) ) ) ) ) ) <br><br> Case No. CIV-23-971-SLP |

## **J U D G M E N T**

Pursuant to the Clerk's entry of default and the Court's Order granting Petitioner's default judgment motion, the Court enters judgment in favor of Petitioner PharMerica Corporation of America and against Respondent Pharmacy Care USA of Weslaco LLC for the following:

1. Damages for unpaid Award in the principal amount of $1,474,282.66;

2. Prejudgment interest in the principal amount through April 29, 2024 in the amount of $63,495.13 with *per diem* interest in the amount of $242.35 for each day thereafter until entry of judgment;

3. Post-judgment interest on the principal amount from the date of judgment accruing at the rate of 6% per annum; and

4. Costs in this action.

ENTERED this 9th day of July, 2024.

_____
SCOTT L. PALK
UNITED STATES DISTRICT JUDGE